Ryan P. Poscablo
212 506 3921
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

January 13, 2022

**BY ECF**

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re: Contreras v. Room & Board, Inc., 1:21-cv-09063

Dear Judge Koeltl:

    We represent Defendant Room & Board, Inc. ("Defendant") in the above captioned matter. We, along with counsel for Plaintiff Yensy Contreras, Mr. William Downes of Mizrahi Kroub LLP, request that the Court adjourn the Initial Scheduling Conference currently set for January 20, 2022 at 12:30 pm.

    On November 15, 2022, prior to the filing of the Parties' executed waiver of service, the Court issued a Minute Entry setting the Initial Scheduling Conference for January 20, 2022. On January 7, 2022, this Court granted Parties' first request for an extension of Defendant's time to respond and set Defendant's current response due date as January 31, 2022. Dkts.7–8.

    On January 10, my colleague, Surya Kundu, emailed Mr. Downes and proposed that Parties' jointly request an adjournment of the Initial Scheduling Conference while they continue their good faith negotiations. On January 11, Mr. Downes confirmed his agreement via email. On January 12, Parties engaged in further discussions and reaffirmed their desire to resolve this matter without burdening this Court's time and resources. Parties agree that adjourning the Initial Scheduling Conference will facilitate this goal and promote judicial efficiency.

    Therefore, the Parties jointly request that this Court grant their request and adjourn the Initial Scheduling Conference set for January 20, 2022 at 12:30pm. No previous requests for an extension of this deadline have been made.

    Respectfully submitted,

    *Ryan P. Poscablo*

    Ryan P. Poscablo

cc: William Downes, Esq.
    Jarrett S. Charo, Esq.
    Mizrahi Kroub LLP

*ADJOURNED TO TUESDAY, MARCH 22, 2022, AT 4:30PM.
SO ORDERED.
1/19/22   /s/ John G. Koeltl
                    USDJ*