UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY         21-cv-9063 (JGK)
SITUATED,
                                          ORDER
                Plaintiff,

        - against -

ROOM & BOARD, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

   As discussed at today's conference, the plaintiff can file an amended complaint by April 5, 2022. The defendant can respond, either by answer or by motion to dismiss, by April 22, 2022. The parties should follow the local rules with respect to responding to a motion to dismiss if there is a motion to dismiss.

SO ORDERED.

Dated:    New York, New York
          March 22, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge